**FILED**
CLERK, U.S. DISTRICT COURT

**8/8/25**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____MRV_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

United States of America )
v. )
Shiwei Yang ) Case No. 25-MJ-04821
_____ )
Defendant )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 8/7/25

_____
Defendant's signature

_____
Signature of defendant's attorney

I have translated this Waiver of Preliminary Hearing to the defendant in the MANDARIN language.

Date: 8/7/2025

_____
Signature of Interpreter

CR-110 (06/12)   Waiver of a Preliminary Hearing